IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CORY COLLINS, | : |
| | : Case No. 2:17-cv-1028 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Deavers |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| Defendant. | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's April 8, 2019, **Report and Recommendation** (ECF No. 14), which recommended that the Commissioner's decision be **REVERSED** and that this action be **REMANDED** under Sentence Four of § 405(g).

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 14 at 13). The parties have failed to file any objections, and the deadline for objections (April 22, 2019) has lapsed.

Therefore this Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein, **REVERSES** the decision of the Commissioner, and **REMANDS** under Sentence Four of § 405(g).

**IT IS SO ORDERED.**

                                                           _s/ Algenon L. Marbley_
                                                           **ALGENON L. MARBLEY**
                                                           **UNITED STATES DISTRICT JUDGE**

**DATED: April 25, 2019**